IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:15-CR-59-BO-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| DAMIEN LEON LOVETT, | ) | |
| Defendant. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable James C. Dever III, Chief United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 4:15-CR-59-D-1.**

This 19th day of February, 2016.

for JULIE RICHARDS JOHNSTON, CLERK