IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-59-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAMIEN LEON LOVETT, | ) | |
| | ) | |
| Defendant. | ) | |

As explained in open court and incorporated herein by reference, Damien Leon Lovett's motion to suppress [D.E. 21] is DENIED.

SO ORDERED. This  3  day of March 2016.

JAMES C. DEVER III
Chief United States District Judge