UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__EASTERN__ DIVISION

CASE NUMBER: __4:15-CR-59-1D__

UNITED STATES OF AMERICA

    VS.                          **ORDER**

__DAMIEN LEON LOVETT__

    IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Michael S. Croy_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| #2 | Handgun |
| #3 | Laser Sight |
| #16 | Ammo - 9 bullets |

THIS _31st_ DAY OF _May_, 2016.

AGENT _[signature]_

_[signature]_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE